I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/5/09

DEPUTY CLERK

JS-6 - Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DWAYNE HOWARD, | Case No. EDCV 09-0675-VAP (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MATTHEW MARTEL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Aug 3 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE